CAUSE NO. DC-21-17391

| | | |
|---|---|---|
| LATOYA LEWIS | § | IN THE DISTRICT OF |
| | § | |
| v. | § | 192nd JUDICIAL DISTRICT |
| | § | |
| WAL-MART STORES, INC. / WAL- | § | |
| MART STORES TEXAS, LLC D/B/A | § | |
| WAL-MART SUPERCENTER STORE | § | |
| NO. 3285 | § | DALLAS COUNTY, TEXAS |

## INDEX OF DOCUMENTS FILED IN STATE COURT

1.   Docket Sheet for Case No. DC-21-15001, printed on December 28, 2021;

2.   Plaintiff's Original Petition, filed on December 3, 2021;

3.   Request for Service, dated December 3, 2021;

4.   Citation issued to Wal-Mart Stores, Inc., dated December 13, 2021;

5.   Return of Service for Wal-Mart Stores, Inc., dated December 20, 2021;

6.   Defendant's Original Answer, filed on December 28, 2021.

Respectfully submitted,

/s/ David A. Johnson

**DAVID A. JOHNSON**
Texas Bar No. 24032598
djohnson@cowlesthompson.com
(214) 672-2186
(214) 672-2386 (Fax)

**DANIEL GONZALEZ IV**
Texas Bar No. 21425613
dgonzalez@cowlesthompson.com
(214) 672-2204
(214) 672-2204 (Fax)

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)

**ATTORNEYS FOR DEFENDANTS**


**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 5th day of January 2022, a true and correct copy of

the foregoing document was forwarded via the Court's CM/ECF e-filing/service system to the

counsel of record for Plaintiff.


/s/ David A. Johnson

**DAVID A. JOHNSON**


**INDEX OF DOCUMENTS FILED IN STATE COURT**
1611080.1

FELICIA PIRRE DISTRICT CLERK

# DOCKET SHEET
### CASE NO. DC-21-17391

| | | |
|---|---|---|
| **LATOYA LEWIS**<br>vs.<br>**WAL-MART STORES, INC. / WAL-MART STORES TEXAS, LLC** | §<br>§<br>§<br>§ | Location: **192nd District Court**<br>Judicial Officer: **WILLIAMS, KRISTINA M**<br>Filed on: **12/03/2021** |

---

### CASE INFORMATION

Case Type: **PROPERTY**

---

### PARTY INFORMATION

| | | |
|---|---|---|
| | | *Lead Attorneys* |
| **PLAINTIFF** | **LEWIS, LATOYA** | **CLAYTON, JENNIFER J**<br>*Retained*<br>469-209-7727(W) |
| **DEFENDANT** | **WAL-MART STORES, INC. / WAL-MART STORES TEXAS, LLC** | **JOHNSON, DAVID AARON**<br>*Retained*<br>214-672-2186(W) |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 12/03/2021 | NEW CASE FILED (OCA) - CIVIL | |
| 12/03/2021 | ORIGINAL PETITION | |
| 12/03/2021 | REQUEST FOR SERVICE | |
| 12/03/2021 | ISSUE CITATION | |
| 12/13/2021 | **CITATION**<br>WAL-MART STORES, INC. / WAL-MART STORES TEXAS, LLC<br>Served: 12/15/2021<br>*WAL-MART STORES, INC. / WAL-MART STORES TEXAS, LLC D/B/A TEXASWAL-MART*<br>*SUPERCENTER STORE No. 3235* | |
| 12/20/2021 | RETURN OF SERVICE<br>*EXECUTED CITATION - WAL-MART STORES, INC. / WAL-MART STORES TEXAS, LLC* | |
| 12/28/2021 | ORIGINAL ANSWER - GENERAL DENIAL<br>Party:  DEFENDANT  WAL-MART STORES, INC. / WAL-MART STORES TEXAS, LLC | |

---

| DATE | FINANCIAL INFORMATION | | |
|---|---|---|---|
| | **PLAINTIFF**  LEWIS, LATOYA<br>Total Charges<br>Total Payments and Credits<br>**Balance Due as of  12/28/2021** | | 300.00<br>300.00<br>**0.00** |
| 12/06/2021<br>12/06/2021 | Charge<br>CREDIT CARD -  Receipt # 80238-2021-DCLK<br>TEXFILE (DC) | PLAINTIFF LEWIS, LATOYA<br>PLAINTIFF LEWIS, LATOYA | 300.00<br>(300.00) |

*Printed on 12/28/2021 at 3:51 PM*

STATE OF TEXAS }
COUNTY OF DALLAS }

I, FELICIA PITRE, Clerk of the District of Dallas County,
Texas, do hereby certify that I have compared this instrument
to be a true and correct copy of the original as appears on
record in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office
in Dallas, Texas, this _____ 28 _____ day of _Decemb_, A.D., _2021_.

FELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS

By _Orfa Palacios_ **Deputy**

Orfa Palacios

FILED
12/3/2021 9:45 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Nikiya Harris DEPUTY

1 CIT/ ESERVE

CAUSE NO: _DC-21-17391_____

| | | |
|---|---|---|
| **LATOYA LEWIS** | § | **IN THE DISTRICT COURT** |
| *PLAINTIFF,* | § | |
| | § | 192nd |
| **V.** | § | _____ **JUDICIAL DISTRICT** |
| | § | |
| **WAL-MART STORES, INC. / WAL-** | § | |
| **MART STORES TEXAS, LLC D/B/A** | § | **DALLAS COUNTY, TEXAS** |
| **WAL-MART SUPERCENTER STORE** | § | |
| **NO. 3285,** | § | |
| *DEFENDANT.* | § | |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES Plaintiff, Latoya Lewis, and files this Original Complaint in which

Plaintiff demands damages from Defendant, Wal-Mart Stores, Inc. / Wal-Mart Stores Texas,

LLC d/b/a Wal-Mart Supercenter Store No. 3285, for premises liability, and in support thereof

would show unto the Court as follows:

### I. DISCOVERY CONTROL PLAN

1. Plaintiff intends to conduct discovery under Level 2 of Texas Rule of Civil Procedure
   190.2..

### II. PARTIES

2. Plaintiff, Latoya Lewia is an individual who is a citizen and resident of the State of Texas.

3. Defendant Wal-Mart Stores, Inc. / Wal-Mart Stores Texas, LLC d/b/a Wal-Mart
   Supercenter Store No. 3285 is a Corporation who may be served through its' registered
   agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.
   **Issuance of Citation is requested at this time.**

Plaintiff's Original Petition

4. At all material times, Defendant includes and included any and all parents, subsidiaries, affiliates, divisions, franchises, partners, joint ventures, and organization units of any kind, predecessors, successors and assigns and their officers, directors, employees, agents, representatives and any and all other persons acting on their behalf.

5. At all material times, Defendant's agents, contractors and/or employees, was at all times acting within the purpose and scope of such agency and employment and Defendant is vicariously liable under the theory of *respondeat superior* for the actions and inactions of Defendant's agents, contractors and/or employees.

### III. JURISDICTION

6. This Court has jurisdiction as Plaintiff's damages exceed the minimum jurisdictional limits of this Court. Plaintiff seeks monetary relief over $1,000,000.00.

### IV. VENUE

7. Venue is proper in Dallas County, Texas, pursuant to 15.002(a)(1) of the Texas Civil Practice and Remedies Code, because the facts that give rise to the causes of action occurred in Dallas County, Texas.

### V. DESCRIPTION OF PREMISES

8. On or about January 10, 2020, Plaintiff was injured on premises located at 621 Uptown Boulevard in the City of Cedar Hill in the State of Texas. At the time of injury, the premises were being used for the purpose of a hypermarket selling consumer goods and as a retail establishment. The business operated by Defendant on the premises was known as a Walmart Super Center.

9. Defendant Walmart was in control of the premises on which Plaintiff's injuries occurred because, at the time the injuries occurred, Defendant was the owner of the

premises or leasing the premises and had the exclusive right to control the property on which Plaintiff was injured.

**VI.**

10. Plaintiff was an invitee at the time the injury occurred. Plaintiff went on Defendant's premises for the mutual benefit of herself and Defendant, and at the implied invitation of the Defendant. Plaintiff was a business invitee of Defendant because on or about January 10, 2020, Plaintiff came upon Defendant's business premises to purchase grocery items for her household use. Defendant extended an open invitation to the public, including Plaintiff, to enter the premises.

11. As Plaintiff was walking through the Defendant's store, she slipped and fell on a liquid substance and fell violently to the floor. Plaintiff suffered permanent and disabling injuries as a result of this accident.

**VII.**

12. Because Plaintiff was an invitee at the time of injury, Defendant owed her a duty to exercise ordinary care to keep the premises in reasonably safe condition, inspect the premises to discover latent defects, and to make safe any defects or give an adequate warning of any dangers.

13. Defendant knew, or, in the exercise of reasonable care should have known, of the condition, or Defendant created the condition either through the acts of its employees, in its negligent maintenance of equipment, or in its negligent method of operation, and Defendant should have corrected the condition or warned Plaintiff of its existence. Additionally, Defendant should have had non-slip surface which will would have prevented the fall which resulted from a foreseeable condition.

14. Defendant's conduct, and that of its agents, servants, and employees, acting within the scope of their employment, constituted a breach of the duty of ordinary care owed by Defendant to Plaintiff. Defendant knew or should have known that the condition on its premises created an unreasonable risk of harm to invitees, such as Plaintiff, in that Defendant knew or should have known of the condition of the premises because Defendant, or its agents, servants, and employees, acting within the scope of their employment, are in the store on a daily basis and have a duty to use due care.  Defendant failed to exercise ordinary care to reduce or eliminate this risk, and/or warn invitees regarding said risk, in that Defendant negligently failed to inspect the premises to discover dangerous conditions to its invitees, failed to remove said condition, and failed to warn invitees, including Plaintiff, that there was a dangerous condition that could cause the invitee injury and damages.

**XII.**

15. Plaintiff incorporates by reference all prior allegations contained in this Complaint.

16. Defendant, as owner and operator of the store, and/or through its agents and/or employees, negligently failed to maintain the floor of the store in a reasonably safe condition.

17. Defendant, as owner and operator of the store, and/or through its agents and/or employees, allowed a slippery substance to come into contact with and remain on the floor of the store when Defendant, and/or its agents or employees, knew, or in the exercise of reasonable care should have known, that the substance created an unreasonable risk of harm to customers in the store.

18. Defendant, as owner and operator of the store, and/or through its agents and/or employees, failed to warn Plaintiff of the danger presented by the presence of the slippery substance on the floor.

19. Defendant failed to provide a nonslip surface on the floor of the store.

20. Defendant failed to otherwise exercise due care with respect to the matters alleged in this Complaint.

21. As a direct and proximate result of the negligence of Defendants as set forth above, Plaintiff slipped and fell while in the store.

22. As a further direct and proximate result of the negligence of Defendants set forth above, Plaintiff sustained serious injuries and damages.

**XIII.**

23. As a result of the negligent conduct of Defendant, Plaintiff suffered injuries to various parts of her body.

24. As a result of the injuries Plaintiff sustained, Latoya Lewis incurred reasonable and necessary doctors and medical expenses for necessary medical care and attention currently in excess of $48,000.00 and Plaintiff is still incurring additional medical expenses and surgery has been recommended. There is also a probability Plaintiff will incur additional reasonable expenses for necessary medical care and attention in an amount unknown at this time.

25. In addition, Plaintiff Latoya Lewis suffered severe physical and mental pain, suffering and anguish and in all reasonable probability, will continue to suffer in this manner well into the future if not for the balance of her life.

26. As a proximate result of the negligence of Defendant, Plaintiff Latoya Lewis, suffered injuries that have, temporarily or permanently, diminished Plaintiff's ability to administer to the needs of Plaintiff and Plaintiff's family. In all probability, the ability to attend to customary household duties will continue to be so impaired well into the future, if not for the balance of her life.

### XIV. PRAYER

27. WHEREFORE, Plaintiff will respectfully request that Defendant be cited to appear and answer, and that on final trial, Plaintiff be awarded judgment against Defendant for the following:

28. actual medical bills in an amount to be determined for Latoya Lewis, which are necessary and reasonable for these types of services in Dallas County, Texas; and for future medical attention in amounts unknown at this time;

29. monetary damages for past physical pain and suffering and mental anguish found to be reasonable and just by the trier of fact;

30. monetary damages of for future physical pain and suffering and mental anguish as found to be reasonable and just by the trier of fact;

31. physical and wage impairment as determined by the trier of fact;

32. pre and post judgment interest at the maximum legal rate;

33. cost of court; and

34. for such other and further relief, at law or in equity, to which Plaintiff will be justly entitled.

Respectfully submitted,

**R. E. LÓPEZ & MORALES**
550 E. 15th St., Suite 200
Plano, Texas 75074
Telephone: (469) 209-7727
Facsimile: (888) 601-4934
Service@NorthTxLaw.com and
jjclayton@northtxlaw.com

By: _____
**Jennifer J. Clayton**
Texas Bar No. 24048395
**R. Eric Lopez**
Texas Bar No. 24049894
**Daniel Morales**
Texas Bar No. 24049056

ATTORNEYS FOR PLAINTIFF

STATE OF TEXAS
COUNTY OF DALLAS

I, FELICIA PITRE, Clerk of the District of Dallas County, Texas, do hereby certify that I have compared this instrument to be a true and correct copy of the original as appears on record in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office in Dallas, Texas, this __28TH__ day of __Dec__, A.D., __2021__.

FELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS
By_____ Deputy

Michael Earl Clark

FILED
12/3/2021 9:45 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
DEPUTY

R. Eric López
Daniel Morales, LLM*

# R.E. LÓPEZ & MORALES

—— ATTORNEYS AT LAW ——

Matthew Dkindy
Jennifer Clayton
Nikia Harris
Kory Kingery
Benjamin Nguyen

* Board Certified in Personal Injury Trial Law
by the Texas Board of Legal Specialization

December 3, 2021

**Via: E-Filing**
Dallas County District Clerk
600 commerce St
#103
Dallas, Texas 75202

    **Re:    LATOYA LEWIS v WAL-MART STORES, INC. / WAL-MART STORES TEXAS, LLC D/B/A WAL-MART SUPERCENTER STORE NO. 3285**

Dear Sir or Madam:

    Enclosed for filing please find Plaintiff's Original Petition. Please file the Original Petition.

    Please also issue citations for service on Defendants as follows:

**Wal-Mart Stores Inc
Ct corporation System
1999 Bryan St
Suite 900
Dallas, Texas 75201**

    Please send me a copy of the requested citation via E-serve to service@northtxlaw.com and we will have our local process server effect service.

    Thank you in advance for your cooperation and attention to this matter and please do not hesitate to contact me if you have any questions or comments.

Sincerely,
R.E. Lopez & Morales

Jennifer J. Clayton
Attorney at Law

STATE OF TEXAS

COUNTY OF DALLAS

I, FELICIA PITRE, Clerk of the District of Dallas County, Texas, do hereby certify that I have compared this instrument to be a true and correct copy of the original as appears on record in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office in Dallas, Texas, this 28th day of Dec. , A.D., 2021.

FELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS

By Michael E. Clark Deputy

Michael Earl Clark

# FORM NO. 353-3 - CITATION

## THE STATE OF TEXAS

**ESERVE**

**CITATION**

To:   **WAL-MART STORES, INC. / WAL-MART STORES TEXAS, LLC D/B/A**
      **WAL-MART SUPERCENTER STORE No. 3235**
      **BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM**
      **1999 BRYAN ST., STE. 900**
      **DALLAS, TEXAS 75201**

DC-21-17391

**GREETINGS:**

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **192nd District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **LATOYA LEWIS**

Filed in said Court **3rd day of December, 2021** against

**WAL-MART STORES, INC. / WAL-MART STORES TEXAS, LLC D/B/A WAL-MART SUPERCENTER STORE No. 3235**

For Suit, said suit being numbered **DC-21-17391**, the nature of which demand is as follows:
Suit on **PROPERTY** etc. as shown on said petition, a copy of which accompanies this citation.
If this citation is not served, it shall be returned unexecuted.

**WITNESS:** FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 13th day of December, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy
      ANGELA CONEJO



**LATOYA LEWIS**
vs.
**WAL-MART STORES, INC. / WAL-MART**
**STORES TEXAS, LLC**

**ISSUED THIS**
**13th day of December, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: ANGELA CONEJO, Deputy

**Attorney for Plaintiff**
**JENNIFER J. CLAYTON**
**RE LOPEZ & MORALES**
**550 E. 15TH STREET, STE. 200**
**PLANO, TEXAS 75074**
**469-209-7727**
Service@NorthTxLaw.com

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

## OFFICER'S RETURN

Case No.: DC-21-17391

Court No.192nd District Court

Style: LATOYA LEWIS

vs.

WAL-MART STORES, INC. / WAL-MART STORES TEXAS, LLC

Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____.M. Executed at _____

within the County of _____ at _____ o'clock _____.M. on the _____ day of _____

20 _____, by delivering to the within named _____

_____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

For serving Citation   $ _____   of _____

For mileage   $ _____   _____ County,

For Notary   $ _____   By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____,

to certify which witness my hand and seal of office.

Notary Public _____

_____ County

STATE OF TEXAS

COUNTY OF DALLAS

I, FELICIA PITRE, Clerk of the District of Dallas County, Texas, do hereby certify that I have compared this instrument to be a true and correct copy of the original as appears on record in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office in Dallas, Texas, this 28th day of _____, A.D., 2021.

FELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS

By _____ Deputy

Michael Earl Clark

# FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

To:   WAL-MART STORES, INC. / WAL-MART STORES TEXAS, LLC D/B/A
WAL-MART SUPERCENTER STORE No. 3235
BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM
1999 BRYAN ST., STE. 900
DALLAS, TEXAS 75201

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the
clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after
you were served this citation and petition, a default judgment may be taken against you. In addition to filing a
written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These
disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at
TexasLawHelp.org. Your answer should be addressed to the clerk of the **192nd District Court** at 600 Commerce
Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **LATOYA LEWIS**

Filed in said Court **3rd day of December, 2021** against

**WAL-MART STORES, INC. / WAL-MART STORES TEXAS, LLC D/B/A WAL-MART SUPERCENTER
STORE No. 3235**

For Suit, said suit being numbered **DC-21-17391**, the nature of which demand is as follows:
Suit on **PROPERTY** etc. as shown on said petition, a copy of which accompanies this citation.
If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 13th day of December, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By

ANGELA CONEJO        Deputy

---

**ESERVE**

**CITATION**

DC-21-17391

LATOYA LEWIS
vs.
WAL-MART STORES, INC. / WAL-MART
STORES TEXAS, LLC

ISSUED THIS
**13th day of December, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: ANGELA CONEJO, Deputy

**Attorney for Plaintiff**
**JENNIFER J. CLAYTON**
**RE LOPEZ & MORALES**
550 E. 15TH STREET, STE. 200
PLANO, TEXAS 75074
469-209-7727
Service@NorthTxLaw.com

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

FILED
12/20/2021 11:44 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
SADAF RAJPUT DEPUTY

**OFFICER'S RETURN**

Case No.: DC-21-17391

Court No.192nd District Court

Style: LATOYA LEWIS

vs.

WAL-MART STORES, INC. / WAL-MART STORES TEXAS, LLC

Came to hand on the _14th_ day of _Dec._, 20 _21_, at _6_ o'clock _P_.M. Executed at _PM Brym_ _ct #900 Dallas, TX 7520_

within the County of _Dallas_ at _2:50_ o'clock _P_.M. on the _15th_ day of _Dec._

20 _21_, by delivering to the within named _Wal-Mart Stores Inc B15_

_it's registered agent CT Corporation Systems_

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

|                      |      |
|----------------------|------|
| For serving Citation | $ _75_ |
| For mileage          | $ _0_  |
| For Notary           | $ _0_  |

By _Cheryl Albert_

of _Denton_ County, _TX_

By _Albert - 17017_                Deputy
                                   Exp 09/30/23

Signed and sworn to by the said _Cheryl Albert_ before me this _15th_ day of _December_, 20 _21_,

to certify which witness my hand and seal of office.

Notary Public _Sean Hollenbeck_

_Dallas_ County _TX_

SEAN C. HOLLENBECK
Notary Public, State of Texas
Comm. Expires 03-02-2025
Notary ID 125212991

STATE OF TEXAS }
COUNTY OF DALLAS }

I, FELICIA PITRE, Clerk of the District of Dallas County, Texas, do hereby certify that I have compared this instrument to be a true and correct copy of the original as appears on record in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office in Dallas, Texas, this _28th_ day of ___Dec___ A.D., _2021_

FELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS

By _____ Deputy

Michael Earl Clark

FILED
12/28/2021 12:00 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Jenifer Trujillo DEPUTY

## CAUSE NO. DC-21-17391

| | | |
|---|---|---|
| **LATOYA LEWIS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **v.** | § | **192nd JUDICIAL DISTRICT** |
| | § | |
| **WAL-MART STORES INC. / WALMART** | § | |
| **STORES TEXAS, LLC D/B/A WAL-MART** | § | |
| **SUPERCENTER STORE NO. 3285** | § | **DALLAS COUNTY, TEXAS** |

## DEFENDANTS' ORIGINAL ANSWER

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, Wal-Mart Stores Inc., Walmart Stores Texas, LLC d/b/a Wal-Mart Supercenter Store No. 3285, Defendants in the above-entitled and numbered cause, and file this their Original Answer to Plaintiff's Original Petition, and would respectfully show the Court as follows:

### I.

Defendants generally deny the allegations contained in Plaintiff's Original Petition, demands strict proof thereof, and says this is a matter for jury decision.

**WHEREFORE, PREMISES CONSIDERED,** Defendants pray that upon final hearing hereof, Plaintiff take nothing by this suit, that Defendants recover their costs, and that Defendants have such other and further relief, both at law and in equity, to which it may be justly entitled.

Respectfully submitted,

By: _____

**DAVID A. JOHNSON**
Texas Bar No. 24032598
djohnson@cowlesthompson.com

**DANIEL GONZALEZ IV**
Texas Bar No. 24125613
dgonzalez@cowlesthompson.com

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that on the 27th day of December 2021, the foregoing was electronically filed with the Clerk of the Court using the e-filing system which will send notification of such filing to all counsel of record.

_____
**DAVID A. JOHNSON**

STATE OF TEXAS
COUNTY OF ___ ___ ___

I, FELICIA ___ ___ ___   k of the District of Dallas County,
Texas, do ___ ___ ___   ify that I have compared ___ ___ ___ __ument
to be a ___ ___ ___   rect copy of the original ___ ___ ___ __ ___ __ on
record in ___

GIVEN UN___   HAND AND SEAL ___ said Court, ___ office
in Dallas, Tex ___   3 __28th__ day of _Dec._ ___ _2021_

ELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS
By _Michael E. Clark_   Deputy

Michael Earl Clark

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Callie Brewer on behalf of David Johnson
Bar No. 24032598
cbrewer@cowlesthompson.com
Envelope ID: 60305992
Status as of 12/28/2021 10:16 AM CST

Associated Case Party: LATOYA LEWIS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| JENNIFER JCLAYTON | | Service@NorthTXLaw.com | 12/27/2021 10:51:00 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Katherine Henderson | | khenderson@cowlesthompson.com | 12/27/2021 10:51:00 AM | SENT |
| David AJohnson | | djohnson@cowlesthompson.com | 12/27/2021 10:51:00 AM | SENT |